Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon J. Coleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8653 | **DATE** | December 28, 2012 |
| **CASE TITLE** | Larry Kendrick (#2012-0626097) v. Gary Hickerson, et al. | | |

**DOCKET ENTRY TEXT:**

The Court grants Plaintiff's motion for leave to proceed *in forma pauperis* [3]. Trust fund officials at Plaintiff's place of confinement are authorized and directed to make deductions from Plaintiff's trust fund account. The clerk shall mail a copy of this order to the trust fund office at the Cook County Jail. The clerk is also directed to issue summonses for service of the complaint on the Defendants through the U.S. Marshal and to send Plaintiff a Magistrate Judge consent form and instructions for filing documents in this Court.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

    Plaintiff, Larry Kendrick, currently confined at the Cook County Jail, has filed this 42 U.S.C. § 1983 complaint against Superintendent Gary Hickerson and Sheriff Tom Dart. Plaintiff contends that, despite his requests, he has been unable to obtain a Muslim diet at the jail. He seeks to proceed *in forma pauperis* ("IFP").

    Finding that Plaintiff is unable to prepay the $350 filing fee or an initial partial payment, the Court grants his IFP motion and waives the initial fee. The supervisor of inmate trust accounts at Plaintiff's place of confinement is authorized to collect monthly payments from Plaintiff's account in an amount equal to 20% of the preceding month's income credited to the account. Monthly collected payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, U.S. District Court, 219 S. Dearborn St., Chicago, IL 60604, 20th floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. Plaintiff shall remain responsible for the filing fee, and Cook County Jail officials shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred.

    The Court has conducted a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A, and Plaintiff may proceed with his claims against the Defendants. Plaintiff alleges that he is Muslim but has not been able to obtain meals in accordance with his religion since July 2012. He contends that his requests for such meals have been ignored. Plaintiff's allegations state a colorable cause of action. *See Vinning–El v. Evans*, 657 F.3d 591 (7th Cir. 2011); *Koger v. Bryan*, 523 F.3d 789 (7th Cir.2008). Although the Defendants' actions are not very clear from the complaint, Plaintiff's contentions that he has made several requests to receive religious meals (he also attaches grievances) suggest that Dart and Hickerson were involved in the process of denying Plaintiff's requests. The complaint may thus proceed against the Defendants.

**(CONTINUED)**

isk

**STATEMENT (continued)**

The clerk shall issue summonses for service of the amended complaint on the Defendants, and the U.S. Marshal is directed to serve them. The Marshal may forward to Plaintiff forms that may be necessary for service. Plaintiff's failure to return forms to the Marshal may result in the dismissal of Defendants. If any Defendant is no longer employed or associated with Cook County Jail, officials there shall provide the last known address of that Defendant, which shall be used only to effectuate service and which shall neither be kept in the court's file nor disclosed by the Marshal. The Marshal may attempt to obtain waivers of service pursuant to Fed. R. Civ. P. 4(d), but if unable to obtain waivers, personal service must be attempted.

Plaintiff must submit a judge's copy of all filings and must send a copy of all filings to Defendants, or to their attorney, after one enters an appearance on their behalf. Plaintiff must include a certificate of service with each filing that states to whom and the date copies were mailed. Letters sent directly to the judge, as well as any submissions to the court that do not comply with the court's instructions, may be returned to Plaintiff without being filed.